IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEE DAVIS, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:12-cv-022-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

On February 19, 2014, the Magistrate Judge filed a Recommendation (Doc. #27) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The 28 U.S.C. § 2255 motion is DENIED and this case is DISMISSED with prejudice because the § 2255 motion was filed after expiration of the applicable limitation period and for the reasons stated in the Recommendation.

DONE this the 17th day of March, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE